# EXHIBIT B

### No-Bill Closure Notice, Cause No. 25-CR-3869

Notice of the Galveston County Criminal District Attorney that the charge of assault on a peace officer against Brandy Lee Vandenberg in Cause No. 25-CR-3869, 56th District Court, Galveston County, Texas, was presented to a Galveston County Grand Jury and no-billed on May 13, 2026.

Filed: 5/13/2026 8:28 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 114822829
By: Nicholas Stone
5/13/2026 8:36 AM



**Megan Jones**
First Assistant

# COUNTY of GALVESTON
Criminal District Attorney

# KENNETH A. CUSICK

**Micheal Lumpkin**
Chief Investigator

**Zonia Wilturner-Smith**
Chief Executive Officer

Date: 5/13/2026                    SPN: 436137

Accused: BRANDY LEE VANDERBERG

Case No 25-CR-3869                    56th District Court

Charge: ASSAULT PEACE OFFICER/JUDGE

Justice of the Peace Case No. _____, JP No._____.

## THIS CHARGE:

☐ Will not be presented to Grand Jury, the state elects to not prosecute this charge.

**To: District Court/Sheriff:** The State moves that this case be closed without prejudice, and that all warrants or capiases associated with this case be recalled.

**To: Justice of Peace:** The State moves that this case be closed and or dismiss without prejudice and that the open warrant no. _____ be recalled.

**Reason:** _____

☒ Was presented to the Grand Jury and was No Billed.

**To: District Court/Sheriff:** The State moves that this case be closed without prejudice, and that all warrants or capiases associated with this case be recalled.

**To: Justice of Peace:** The State moves that this case be closed and or dismiss without prejudice and that the open warrant no. _____ be recalled.

☐ This Charge will be included in Cause No.: _____ Court: _____.

**To: District Court/Sheriff:** The State moves that this case be closed without prejudice, and that all warrants or capiases associated with this case be recalled.

Respectfully submitted,

/s/Michael Rinehart

Assistant Criminal District Attorney
Galveston County, Texas

www.co.galveston.tx.us

600 59TH Street, Suite 1001   •   Galveston, Texas 77551

Office: (409) 766-2355