# EXHIBIT C

## Representative Photograph of Plaintiff's Injuries

Photograph depicting Plaintiff Brandy Lee Vandenberg's facial injuries sustained during the July 19, 2025 incident at the Holiday Inn Resort, 5002 Seawall Blvd., Galveston, Texas.



Plaintiff's facial injuries following the July 19, 2025 incident.