# EXHIBIT D

## Photographs Depicting Plaintiff's Injuries (Collage)

Photographs D-1 through D-5, depicting the injuries Plaintiff Brandy Lee Vandenberg sustained during the July 19, 2025 incident. Each photograph bears an identifying label and caption.



**D-1**

Left periorbital hematoma and brow
laceration.



**D-2**

Bilateral periorbital hematomas.



**D-3**

Ecchymosis (bruising) of the arm.



**D-4**

Ecchymosis (bruising) of the arm, additional
view.



**D-5**
Plaintiff hospitalized at UTMB with hinged
knee brace.